## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Zayo Group, LLC v. Ocean Pacific Interiors, Inc.     Case Number: 16-cv-7808

An appearance is hereby filed by the undersigned as attorney for:

Ocean Pacific Interiors, Inc.

Attorney name (type or print): Lauren L. Bever

Firm: Lewis Brisbois Bisgaard & Smith LLP

Street address: 550 West Adams, Suite 300

City/State/Zip: Chicago, Illinois 60661

Bar ID Number: 6323636     Telephone Number: 312-345-1718
(See item 3 in instructions)

Email Address: Lauren.Bever@lewisbrisbois.com

Are you acting as lead counsel in this case?     ☐ Yes  ☑ No

Are you acting as local counsel in this case?     ☐ Yes  ☑ No

Are you a member of the court's trial bar?     ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?     ☐ Yes  ☑ No

If this is a criminal case, check your status.     ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/31/2017

Attorney signature:     S/ Lauren L. Bever
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015