UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZAYO GROUP, LLC, | |
| Plaintiff, | |
| | Case No.: 16 cv 07808 |
| v. | Hon. Sara L. Ellis |
| OCEAN PACIFIC INTERIORS, INC., | |
| Defendant. | |

### KEVIN C. RASP'S MOTION TO WITHDRAW AS COUNSEL FOR OCEAN PACIFIC INTERIORS, INC

KEVIN C. RASP, counsel for Defendant OCEAN PACIFIC INTERIORS, INC, hereby moves this Court for leave to withdraw as one of the Defendant's counsels. In support of her motion, Mr. Rasp states as follows:

1. As of July 29, 2017, attorney Denean K. Sturino is longer employed with O'Hagan Meyer, LLC.

2. This matter has been taken to attorney Ms. Sturino's new firm for its continued handling.

3. Accordingly, Mr. Rasp respectfully requests that his appearance as counsel for OCEAN PACIFIC INTERIORS, INC be withdrawn.

4. Mr. Rasp's withdrawal will not in any way delay this matter.

WHEREFORE, OCEAN PACIFIC INTERIORS, INC, respectfully requests that this Honorable Court enter an Order granting Mr. Rasp's withdrawal of appearance as counsel for Defendant OCEAN PACIFIC INTERIORS, INC in this matter.

By:    /s/ Kevin C. Rasp
        Counsel for Defendant

Kevin C. Rasp (ARDC No. 6297481)
O'HAGAN MEYER, LLC
One East Wacker Drive, Suite 3400
Chicago Illinois 60601
T - 312.422.6100
F - 312.422.6110
krasp@ohaganmeyer.com

CERTIFICATE OF SERVICE

I certify that on the 1st of November 2017, I electronically filed a true and complete copy of the above and foregoing pleading or paper with the Clerk of Court using the CM/EF system, which will send notification of such filing to the following attorneys of record:

FREEBORN & PETERS, LLP
Attorney for Plaintiff
David J. Doyle
Adam C. Toosley
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
atoosley@freeborn.com

      s/ Kevin C. Rasp
      Counsel for Defendant

Kevin C. Rasp (ARDC No. 6297481)
O'HAGAN MEYER, LLC
One East Wacker Drive, Suite 3400
Chicago Illinois 60601
T - 312.422.6100
F - 312.422.6110
krasp@ohaganmeyer.com