UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAYO GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OCEAN PACIFIC INTERIORS, INC., <br><br> Defendant. <br> ------------------------------------------------------ <br> OCEAN PACIFIC INTERIORS, INC. <br><br> Counter-Plaintiff <br><br> v. <br><br> ZAYO GROUP, LLC. <br><br> Counter-Defendant. | Case No. 16-cv-7808 |

AGREED MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Plaintiff/Counter-Defendant, Zayo Group, LLC ("Zayo"), by its attorneys Freeborn & Peters, LLP, and the Defendant/Counter-Plaintiff, Ocean Pacific Interiors, Inc. ("OPI"), pursuant to Fed. R. Civ. P. 16(b)(4) requests this Honorable Count extend the currently scheduled fact discovery cutoff date. In support thereof, the parties state as follows:

1.  On August 2, 2016, Zayo filed its Complaint against OPI for declaratory judgment, fraudulent inducement and breach of contract. DE 1.

2.  On January 6, 2017, OPI filed its Amended Answer and Affirmative Defenses to Zayo's First Amended Complaint and Counterclaims for quantum meruit and breach of contract. DE 18.

3. On February 22, 2017, this Court stayed this matter pending the outcome of the underlying state court cases. DE 21. The stay was lifted on August 22, 2017. DE 27.

4. On November 1, 2018, Zayo filed its First Amended Complaint. DE 36.

5. On January 30, 2018, the Court ordered fact discovery to close on April 2, 2018. DE 39

6. On February 5, 2018, OPI filed its Answer and Affirmative Defenses to Zayo's First Amended Complaint and Counterclaims. DE 20.

7. On February 19, 2018, Zayo filed its Answer and Affirmative Defenses to OPI's Counterclaims. DE 41.

8. Parties have propounded and responded to initial written discovery.

9. On March 21, 2018, OPI propounded supplemental discovery requests on Zayo.

10. Depositions of several Zayo witnesses have been noticed and mutually convenient dates are being worked for said depositions for late May and June, 2018. After Zayo reviews OPI's Amended Rule 26(a)(1) Disclosures (which were served by mail on March 21), Zayo will send out deposition notices of OPI witnesses.

11. The parties assert that justice will be best served where the fact discovery deadline is extended to July 16, 2018 to allow both parties adequate time to prepare for and conduct depositions and to conduct any additional fact discovery based on the additional claims raised by Zayo in its Amended Complaint and OPI its Counterclaims.

12. It is anticipated that after fact discovery the parties will conduct expert discovery.

13. This request is made in good faith and not for the purpose of undue delay.

WHEREFORE, the Parties respectfully request this Honorable Court extend the fact discovery deadline up to and including July 16, 2018.

Attorneys for Plaintiff                                    Attorneys for Defendant

By: /s/ Adam C. Toosley                                    By: /s/ Denean K. Sturino
    Adam C. Toosley, #6276858                               Denean K. Sturino, #6231325
    FREEBORN & PETERS LLP                                    Lauren L. Bever,#6323636
    311 South Wacker Drive, Suite 3000                       LEWIS BRISBOIS BISGAARD & SMITH
    Chicago, IL 60606                                        550 w. Adams St. Ste. 300
    atoosley@freeborn.com                                    Chicago, IL 60661
                                                                                             Denean.Sturino@lewisbrisbois.com
                                                                        Lauren.Bever@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

      I, Denean K. Sturino, an attorney, hereby certify that on March 22, 2018, I electronically filed a true and compete copy of **Agreed Motion for Extension of Fact Discovery Deadlines** with the Clerk of Court using the CM/EF system, which will send notification of such filing to the following attorneys of record:

Adam C. Toosley
David James Doyle
Martin D. Syvertsen
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email:  atoosley@freeborn.com
          ddoyle@freeborn.com
          msyvertsen@freeborn.com
Attorney for Plaintiff

                            By:  /s/ Denean K. Sturino