### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ZAYO GROUP, LLC, | |
|     Plaintiff/Counter-Defendant, | |
| v. | Case No. 16-cv-7808 |
| OCEAN PACIFIC INTERIORS, INC., | |
|     Defendant/Counter-Plaintiff. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant ZAYO GROUP, LLC and Defendant/Counter-Plaintiff OCEAN PACIFIC INTERIORS, INC. hereby stipulate to the voluntary dismissal of the above-captioned case in its entirety, with prejudice and with each party to bear its or his own costs, expenses, and attorney's fees. All pending dates are stricken.

Dated: May 21, 2018                                                Respectfully submitted,

| **ZAYO GROUP, LLC** | **OCEAN PACIFIC INTERIORS, INC.** |
|---|---|
| By: /s/ Adam C. Toosley | By: /s/ Denean Sturino |
|     One of Its Attorneys |     One of Its Attorneys |
| Adam C. Toosley<br>FREEBORN & PETERS LLP<br>311 South Wacker Dr., Ste. 3000<br>Chicago, Illinois 60606<br>Tel: (312) 360-6000<br>atoosley@freeborn.com | Denean Sturino<br>Lewis Brisbois<br>550 West Adams Street<br>Suite 300<br>Chicago, IL 60661<br>Denean.Sturino@lewisbrisbois.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I caused the **Stipulation of Dismissal with Prejudice** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the attorneys of record.

/s/ Adam C. Toosley
*Counsel for Plaintiff/Counter-Defendant*
