# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Zayo Group, LLC

          Plaintiff,

v.                   Case No.: 1:16–cv–07808
                    Honorable Sara L. Ellis

Ocean Pacific Interiors, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [45], this action is dismissed with prejudice and with each party to bear its or his own costs, expenses, and attorney's fees. All pending dates are stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.